PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: Alexandra C. Hannah         Case Number: 3:06-00130-02

Name of Judicial Officer: The Honorable Aleta A. Trauger, U.S. District Judge

Date of Original Sentence: June 29, 2007

Original Offense: 21 U.S.C. § 84a(a)(1), Possession with Intent to Distribute Cocaine

Original Sentence: 108 months' custody followed by 4 years' supervised release

Type of Supervision: Supervised Release      Date Supervision Commenced: March 18, 2011

Assistant U.S. Attorney: William Lee Deneke   Defense Attorney: Isaiah S. Gant

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 16th day of April, 2013,
and made a part of the records in the above case.

_____
U. S. District Judge
Aleta A. Trauger

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place     Columbia, Tennessee

Date      April 12, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.    **The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment:**

On March 23, 2013, a letter was mailed to Ms. Hannah regarding not receiving her monthly reports for January and February, 2013. This officer tried reaching her by her cell phone and was advised it was no longer in service. On April 1, 2013, a letter requesting that she submit her monthly reports was returned by the Post Office. On April 3, 2013, this officer made contact with her employer and was informed she quit on January 25, 2013. On April 5, 2013, U.S. Probation Officer Lisa Capps tried to contact Ms. Hannah at the address we had listed and was told by the new occupant she no longer lives there. Officer Capps went to the forwarding address on the letter, but no one was home and a card was left asking her to call. On April 9, 2013, Ms. Hannah called and advised she had moved.

2.    **The defendant shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer:**

On January 17, 2013, U.S. Probation Officer Paul Montgomery, went to the residence of Donnie McFarland, a person he supervises and discovered Ms. Hannah was there. She advised that she was four months pregnant with his child. On January 22, 2013, this officer contacted Ms. Hannah who confirmed the information and she was instructed to contact the Federal Public Defender's Office so they might file paperwork with the Court. On January 23, 2013, Isaiah S. Gant was appointed by the Court to represent her. Mr. McFarland is a drug user and has absconded from supervision.

**Compliance with Supervision Conditions and Prior Interventions:**

Ms. Hannah has been on supervision since March 18, 2011, and this is her first violation. Due to her compliance, she was moved to the Compliant Caseload on December 10, 2012. Due to her violations, she is being returned back to the general caseload for closer supervision. She was advised by the U.S. Probation Office on April 10, 2013, that she is not to associate with Mr. McFarland due to his illegal drug use and absconding from supervision.

Ms. Hannah is unemployed and states she is attending classes at Miller Motte College.

**U.S. Probation Officer Recommendation:**

It is recommended that Mrs. Hannah be continued on supervised release. The U.S. Attorney's Office agrees with the probation officer's recommendation.

Approved: _____
W. Burton Putman
Supervisory U.S. Probation Officer