UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED. Hearing reset for 8/12/14 at 1:30 p.m.==

UNITED STATES OF AMERICA )
)
)
v. ) No. 3:06-00130-2
) ALETA A. TRAUGER
) Judge, U.S. District Court
ALEXANDRA C. HANNAH )

## MOTION TO RESCHEDULE REVOCATION HEARING

Comes Alexandra C. Hannah, through undersigned counsel, Isaiah S. Gant, Assistant Federal Public Defender, and hereby requests the revocation hearing, presently scheduled for July 21, 2014, at 1:30 PM, be rescheduled for at least one (1) week at a time that is convenient with the Court's calendar. As grounds for this request, undersigned counsel states that he is scheduled to out of town from July 17 through July 26, 2014, participating in two continuing legal education training institutes (the National Institute for Trial Advocacy Habeas Institute at Duke University and the National Criminal Defense College in Macon, Georgia). Assistant United States Attorney William Lee Deneke has no opposition to this request for a continuance.

Respectfully submitted,

/s/ Isaiah S. Gant
Isaiah S. Gant (BPR #025790)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
E-mail: skip_gant@fd.org

Attorney for Alexandra C. Hannah

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2013, I electronically filed the foregoing Motion to Continue Revocation Hearing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: William Lee Deneke, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

/s/ Isaiah S. Gant
ISAIAH S. GANT